UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN TERRANCE SAPP, ) | CASE NO. ED CV 13-1541-ODW (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| DANIEL PARAMO, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 11, 2014.

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd